# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG S.A., <br><br> *Plaintiffs,* <br><br> v. <br><br> AMAZON.COM, INC. and AMAZON DIGITAL SERVICES, INC., <br> *Defendants.* | Civil Action No. 2:16-cv-00570-RWS <br> Consolidated Lead Case <br><br> **JURY TRIAL DEMANDED** |
| VALVE CORPORATION, <br> *Defendant.* | Civil Action No. 2:16-cv-00575-RWS <br> Consolidated Member Case |

## ORDER

The Court has considered Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg S.A ("Uniloc") and Defendant Valve Corporation ("Valve")'s Joint Stipulation of Dismissal and is of the opinion that the Stipulation should be APPROVED. Accordingly, it is ORDERED that:

1. Any and all claims by Uniloc against Valve are dismissed with prejudice.

2. Uniloc and Valve shall each bear their own attorney's fees, expenses and costs.

3. All other relief requested between Uniloc and Valve should be denied as moot.

4. Uniloc's complaint as to all other defendants is not impacted by this stipulation and dismissal.

**SIGNED this 5th day of January, 2017.**

*Robert W. Schroeder*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE